**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paradigm Powerboats Incorporated, et al., | No. CV-23-00030-PHX-DJH |
| Plaintiffs, | |
| v. | **ORDER** |
| Honeywell International Incorporated, | |
| Defendant. | |

Before the Court is Defendant Honeywell International Incorporated's ("Honeywell") Motion for an Extension of Time to File a Notice of Readiness for Trial. (Doc. 370). Plaintiff Paradigm Powerboats Incorporated ("Paradigm") opposes the Motion and has filed a Readiness for Pretrial Conference Report. (Doc. 371). For the reasons stated below, the Court will grant the request in part.

Honeywell represents that it cannot file a Notice of Readiness for a Pretrial Conference because it needs to depose Paradigm's technical expert, Stephen Kushnick. (Doc. 370 at 2). The Court required Stephen Kushnick ("Kushnick") to supplement his expert reports by October 14, 2025. (Doc. 365). According to Honeywell, it cannot file a Pretrial Report because evidentiary issues related to Kushnick's expert reports need to be sorted before then. (Doc. 370 at 2). The second reason Honeywell gives for asking for an extension is that it intends to file a motion for clarification on the Court's Orders on Honeywell's Motion to Exclude Micheal P. Elkin and Plaintiff's Motion to Strike the Reports and Testimony of Jon S. Ahern. (*Id.*) Honeywell would also like time to file a

Motion for Reconsideration on the Court's Order on Honeywell's Motion for Summary Judgment. (*Id.*) Paradigm disagrees. Paradigm argues that Honeywell's motions practice is no reason to delay and prolong proceedings. (Doc. 371 at 2). Also noted by Paradigm, is that the Court's Case Management Order has been modified and delayed five times. (*Id.*)

The Court will not grant Honeywell an additional 60 days to file a Final Pretrial Report in a case that has been ongoing since January 5, 2023. (Doc. 1). Notably, in its own Motion Honeywell asked for an even tighter deadline for Kushnick to supplement his expert reports. (*See* Doc. 209 at 11) (asking the Court to require Kushnick to supplement his reports within five days of the Order). A mere five more days were requested to depose Kushnick after he supplemented his expert reports. (*Id.*) Honeywell may file any motion it wishes to, but not at the expense of unnecessary delay and protracted costs to both parties and a strain on the Court's limited resources. The Court is sympathetic that Honeywell wishes to present its best case and make the most of its time. However, the Court cannot justify a 60-day delay in advancing this case forward. The Court will instead grant Honeywell 30 days from the date of this Order to file its Readiness for Trial. The Court will not grant any more extensions. Failure to adhere to the deadlines established by this Court, may result in the Court's contemplation of sanctions.

Accordingly,

**IT IS ORDERED** that Honeywell's Motion for Extension to Time to File its Pretrial Readiness Report (Doc. 370) is denied in part and granted in part. Honeywell will be provided a 30-day extension, with no further extensions from the Court. The exact date being <u>November 9, 2025.</u>

Dated this 10th day of October, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge